☒

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | **Judge Russ Kendig** |
|---|---|---|
| BRIEN A. GRIFFITH | ) | |
| VICTORIA L. GRIFFITH | ) | Case No. 10-63895 |
| | ) | |
| Debtor(s) | ) ☐ | **Chapter 13 Form Plan Summary** |
| | ) ☑ | FIRST   **Amended Chapter 13 Plan** |

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1.  **SPECIAL PROVISIONS:**

BFG FEDERAL CREDIT UNION AUTO LOAN SHALL BE PAID BY DEBTOR.
FIFTH THIRD BANK AUTO LOAN SHALL BE PAID BY DEBTOR.

☐    Continued on attached separate page(s).

2.  __19__ % to general unsecured creditors (E9)

3.  Assumed unexpired leases and executory contracts (B1)
    Creditor                                   Description of asset or contract

    _____    _____

    _____    _____

    _____    _____

☐    Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| BAC HOME LOAN SERVICING | 1st | 1146 Sterling Avenue, | $552.00 | Paid by debtor |
| | 2nd | | | |
| | 3rd | | | |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| | | |
| | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: | BFG FCU | FIFTH THIRD BANK | |
|---|---|---|---|
| Date Incurred: | 5/1/2009 | 11/18/2009 | |
| Collateral: | 2009 DODGE CALIBER | 2010 JEEP PATRIOT | |
| Monthly Payment: | $350.00 | $379.00 | |
| Interest Rate: | 7.90 | 6.50 | |
| Estimated Balance: | $18,299.00 | $21,075.00 | |

☐ Continued on attached separate page(s).

2

7. Liens to be crammed down but not stripped. (E7)

   Creditor: _____ _____ _____

   Date Incurred: _____ _____ _____

   Collateral: _____ _____ _____

   Monthly Payment: _____ _____ _____

   Interest Rate: _____ _____ _____

   Secured Value: _____ _____ _____

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   |  |  |  |
   |  |  |  |

☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ 239.00   monthly for a minimum of 60 months, or all future disposable income, whichever is greater. Payments shall be by ■Wage Order on employer ☐By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

| /s/ BRIEN A. GRIFFITH | /s/ VICTORIA L. GRIFFITH |
|---|---|
| Debtor's Signature - Name typed below | Debtor's Signature - Name typed below |
| BRIEN A. GRIFFITH | VICTORIA L. GRIFFITH |

/s/ VANCE P. TRUMAN
Attorney's Signature - Name (state bar #), address, and phone typed below

VANCE P. TRUMAN    0061526

689 LAFAYETTE ROAD

MEDINA, OHIO  44256

330-722-8877

4

# CERTIFICATE OF SERVICE

I, Vance P. Truman, hereby certify that the foregoing Amended Plan was sent by Regular U.S. mail, postage prepaid, on November 17, 2010 to the following:

Brien Griffith
Victoria Griffith
1146 Sterling Avenue
Orrville OH 44667
Debtors

All Creditors (see attached)


I, Vance P. Truman, hereby certify that the foregoing Amended Plan was Electronically transmitted on or about <u>November 17, 2010</u> via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail:

Notice List:

U.S. Trustee

Toby L. Rosen, Trustee


/s/ Vance P. Truman
VANCE P. TRUMAN
Attorney at Law
689 Lafayette Road
Medina, OH 44256
Telephone: (330) 722-8877
Fax: (330) 722-3410
medinaatty@yahoo.com

| | | |
|---|---|---|
| Allied Int<br>300 Corporate Exch<br>Columbus, OH 43231 | Aspire<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | Bfg Fcu Ln<br>445 S. Main St<br>Akron, OH 44311 | Bfgcubkcrd<br>500 S Main St<br>Akron, OH 44318-0001 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Cleveland Clinic<br>PO Box 73662<br>Cleveland, OH 44193 |
| Debt Recovery Solution<br>270 Lexington Ave Ste A<br>Mansfield, OH 44907 | Fcnb/Nnews<br>Newport Pre 9300 Sw Gemini<br>Beaverton, OR 97008 | Fifth Third Bank<br>Fifth Third Center<br>Cincinnati, OH 45263 |
| Gemb/Amer Eagle<br>Po Box 103024<br>Roswell, GA 30076 | Gemb/Kirklands<br>Po Box 981400<br>El Paso, TX 79998 | Gemb/Lens Crafters<br>Po Box 981439<br>El Paso, TX 79998 |
| Gemb/Pearle<br>Po Box 981439<br>El Paso, TX 79998 | GRANGE MUTUAL CASUALTY CO<br>PO BOX 1218<br>Columbus, OH 43216 | Hsbc/Biglt<br>Po Box 703<br>Wood Dale, IL 60191 |
| Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850 | Hsbc/Mnrds<br>90 Christiana Rd<br>New Castle, DE 19720 | Hsbc/Nautl<br>90 Christiana Rd<br>New Castle, DE 19720 |
| Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720 | Jareds Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333 | Jb Robinson<br>375 Ghent Rd<br>Fairlawn, OH 44333 |
| JP RECOVERY SVCS INC.<br>PO BOX 16749<br>Rocky River, OH 44116 | KEIS/GEORGE LLP<br>ATTORNEYS AT LAW<br>55 PUBLIC SQUARE STE 800<br>Cleveland, OH 44113 | Kohls/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | National Asset Mgmt Ll<br>400 Rouser Rd Ste 202<br>Coraopolis, PA 15108 | Prompt Recovery Serv<br>9347 Ravenna Rd #G<br>Twinsburg, OH 44087 |

REMINGER ATTORNEY AT LAW
ATTN BRIAN M. ZABER
1400 MIDLAND BLDG
101 PROSPECT AVE W
Cleveland, OH 44115

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117

Target Nb
Po Box 673
Minneapolis, MN 55440

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Ucb Collections
5620 Southwyck Bv
Toledo, OH 43614-1501

VERIZON WIRELESS
5175 EMERALD PKWY
Dublin, OH 43017

Verizon Wireless/Great
1515 Woodfield Rd Ste140
Schaumburg, IL 60173

Wayne County Common Pleas Court
Tim Neal, Clerk of Courts
107 W. Liberty Street
PO Box 507
Wooster, OH 44691

Webbank/Dfs
1 Dell Way
Round Rock, TX 78682

Wfnnb/Chadwicks Of Bos
Po Box 182746
Columbus, OH 43218

Wfnnb/Valucityroomstod
Po Box 182303
Columbus, OH 43218

Wfnnb/Victorias Secret
Po Box 182128
Columbus, OH 43218